DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL BRIAN TAYLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-CR-164 WBS |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| MICHAEL BRIAN TAYLOR, | |
| Defendant. | Date: May 16, 2011<br>Time: 8:30 a.m.<br>Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, MICHAEL BRIAN TAYLOR, that the status conference scheduled for May 16, 2011, may be continued to July 18, 2011, at 8:30 a.m.

This is a new case. The government has provided discovery to defense counsel who seeks additional time to review it with Mr. Taylor, to collect prior court and other records, and to determine how best to proceed.  To afford time to complete these tasks, the parties agree that time under the Speedy Trial Act

should be excluded from the date of this order through the status conference on July 18, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated:  May 12, 2011          */s/ Matthew Stegman*
                                        Matthew Stegman
                                        Assistant U.S. Attorney

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  May 12, 2011          /s/ T. Zindel
                                        Timothy Zindel
                                        Assistant Federal Defender
                                        Attorney for Michael Brian Taylor

                                                **ORDER**

    The status conference is continued to July 18, 2011, at 8:30 a.m.  Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

    IT IS SO ORDERED.

Dated:  May 13, 2011

                                      WILLIAM B. SHUBB
                                      UNITED STATES DISTRICT JUDGE