UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL BRIAN TAYLOR,<br><br>Defendant.<br>_____/ | OLD CASE NO: 2:11-CR-164-WBS-1<br>NEW CASE NO: 2:11-CR-164-LJO-SKO-1<br><br>**ORDER TO RELATE ACTIONS AND TO REASSIGN DISTRICT JUDGE AND MAGISTRATE JUDGE** |

Review of the above-captioned action reveals that it is related under this Court's Local Rule 123 to the action entitled *United States of America v. Michael Brian Taylor*. The actions involve the same or similar parties, properties, claims, events and/or questions of fact or law. Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency and economy for the Court and parties. An order relating cases under this Court's Local Rule 123 merely assigns them to the same district judge; the actions are not consolidated. According Local Rule 123(c), related cases are assigned to the district judge and magistrate judge originally assigned to the lowest numbered case.

On the basis of good cause, this Court REASSIGNS the above-captioned action to U.S. Chief District Judge Lawrence J. O'Neill and U.S. Magistrate Judge Sheila K. Oberto. All future filings shall bear the new case number **2:11-cr-164-LJO-SKO-1**.

IT IS SO ORDERED.

Dated:   **August 22, 2016**          **/s/ Lawrence J. O'Neill**
                                                        UNITED STATES CHIEF DISTRICT JUDGE

1