PHILLIP A. TALBERT
Acting United States Attorney
ANGELA L. SCOTT
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL BRIAN TAYLOR, <br><br> Defendant. | CASE NO. 2:11-CR-00164-LJO-SKO <br><br> STIPULATION TO CONTINUE SUPERVISED RELEASE REVOCATION HEARING; FINDINGS AND ORDER <br><br> CURRENT DATE: November 7, 2016 <br> CURRENT TIME: 2:00 p.m. <br> COURT: Hon. Erica P. Grosjean <br><br> DATE: December 5, 2016 <br> TIME: 2:00 p.m. <br> COURT: Hon. Stanley A. Boone |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant Michael Brian Taylor, by and through defendant's counsel of record, Erin Snider, hereby stipulate as follows:

1. On May 26, 2016, the Honorable William J. Shubb, United States District Judge signed a issued an order for an arrest warrant on a petition alleging that defendant Michael Brian Taylor violated his terms of supervised release.

2. On May 31, 2016, the defendant made his initial appearance on the petition before the Honorable Erica P. Grosjean, United States Magistrate Judge. The defendant was ordered detained and

a status conference was set for June 13, 2016 at 9:00 a.m. before Judge Shubb.  (Dkt. at 31).

     3.     On June 10, 2016, Judge Shubb granted defendant's request to continue the June 13, 2016 hearing to June 27, 2016. (Dkt. at 34, 35).

     4.     On June 23, 2016, Judge Shubb granted defendant's request to continue the June 27, 2016 hearing to August 1, 2016. (Dkt. at 36, 37).

     5.     On July 25, 2016, Judge Shubb granted defendant's request to continue the August 1, 2016 hearing to September 19, 2016.  (Dkt. at 38, 39).

     6.     On August 24, 2016, in light of defendant's related case before the Honorable Lawrence J. O'Neill, United States District Judge (1:16-CR-124-LJO), the above-captioned supervised release revocation matter (2:11-CR-0164) was transferred to the Judge O'Neill. (Dkt. at 43).

     7.      On October 6, 2016, defendant appeared before the Honorable Barbara A. McAuliffe, United States Magistrate Judge, on the above-captioned matter. (Dkt. at 45).

     8.     At his October 6, 2016 hearing, Deputy Federal Public Defender Erin Snider was appointed to represent defendant, and this matter was set for a further status conference on November 7, 2016 at 2:00 p.m. before the Honorable Erica P. Grosjean. (Dkt. at 45).

     9.     On October 5, 2016 and October 6, 2016, the government produced over 80 pages of discovery and several surveillance videos to defendant's newly appointed defense counsel, Erin Snider.

     10.     Ms. Snider desires additional time to review the current charges, to review the discovery, to conduct research and investigation related to the charges and potential motions, and to consult with her client.

     11.     Thus, the parties respectfully request that the status conference in this matter be continued from November 7, 2016 to December 5, 2016, or at a date and time that is convenient for the Court.

     12.     The parties understand and agree that, pursuant to 18 U.S.C. § 3583(i), the Court's power to revoke defendant's term of supervised release, to order defendant to serve a term of imprisonment, and to subject defendant to further terms of supervised release will extend beyond the expiration of defendant's supervised release term if defendant's supervised release term has already expired or expires between the date of the Court's execution of the petitions against defendants and the date that the Court

STIPULATION      2

continues the hearing pursuant to this stipulation because (1) the continuance is reasonably necessary for the adjudication of matters arising before the expiration of defendant's supervised release term; and (2) proper warrants or summonses were issued on the basis of violation allegations prior to the expiration of defendant's supervised release term.

IT IS SO STIPULATED.

Dated:  November 3, 2016                           PHILLIP A. TALBERT
                                                   Acting United States Attorney

                                                   /s/ ANGELA L. SCOTT
                                                   ANGELA L. SCOTT
                                                   Assistant United States Attorney


Dated:  November 3, 2016                           /s/ per email authorization
                                                   ERIN SNIDER
                                                   Counsel for Defendant
                                                   Michael Brian TAYLOR


### FINDINGS AND ORDER

Pursuant to the parties' stipulation and good cause shown, IT IS HEREBY ORDERED that the status conference, currently set for November 7, 2016, is hereby vacated and continued to December 5, 2016, at 2:00 p.m.

IT IS SO ORDERED.

Dated:  **November 4, 2016**                       /s/ Erica P. Grosjean
                                                   UNITED STATES MAGISTRATE JUDGE

STIPULATION                                3