1 | HEATHER E. WILLIAMS, Bar #122664
Federal Defender
2 | ERIN SNIDER, Bar #304781
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, CA 93721-2226
Telephone: (559) 487-5561
5 | Fax: (559) 487-5950

6 | Attorney for Defendant
MICHAEL BRIAN TAYLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case Nos.  2:11-cr-00164-LJO-SKO |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO ADVANCE |
| vs. | ) STATUS CONFERENCE |
| | ) |
| MICHAEL BRIAN TAYLOR, | ) DATE:   December 5, 2016 |
| | ) TIME:   9:15 a.m. |
| Defendant. | ) JUDGE: Hon. Lawrence J. O'Neill |
| | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that the status conferences in the above-captioned matters now set for December 5, 2016, at 2:00 p.m. may be advanced to December 5, 2016 at 9:15 a.m., before the Honorable Lawrence J. O'Neill for a change-of-plea hearing.  The parties have reached a resolution in both cases.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

DATED: November 30, 2016     By:     /s/ *Angela Scott*
ANGELA SCOTT
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: November 30, 2016     By:     /s/ *Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorneys for Defendant
MICHAEL BRIAN TAYLOR

# **O R D E R**

The status conferences currently scheduled for December 5, 2016, at 2:00 p.m. are hereby advanced to December 5, 2016, at 9:15 a.m. before the undersigned for a change-of-plea hearing.

IT IS SO ORDERED.

Dated:  **December 1, 2016**          /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

Taylor: Stipulation to Advance Status Conference     -2-